| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) WERLEIN, JR., EWING | 2. Court or Organization USDC/SO. DIST. TEXAS | 3. Date of Report 07/08/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) DISTRICT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address 515 RUSK AVENUE, ROOM 11521 HOUSTON, TX 77002-2605 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust No. 1 |
| 2. | Director & Chairperson | The Methodist Hospital, Houston, Texas |
| 3. | Director | TMH Medical Office Bldgs Condominium Assoc. |
| 4. | As Chairperson of TMH Board, ex officio w/vote of following subsidiaries: | Medvest Holdings, Inc.; Methodist Health Centers; Methodist International; (cont'd in Note (1) in Part VIII) |
| 5. | As Chairman of TMH Board, ex officio w/o vote of following subsidiaries: | Diagnostic Center Hospital Corp. of Texas; Medvest Inc.; (cont'd in Note (2) in Part VIII) |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

FINANCIAL DISCLOSURE OFFICE 2008 JUL 14 A 11: 31 RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Methodist Hospital | 11/18-11/19 | New York, New York | Meeting with WCMC Chrmn | Lodging, food, travel expenses: $1,482.47 |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| WERLEIN, JR., EWING | 07/08/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | Monthly dues exemption for members in government service. | The Petroleum Club, Houston | $ 1208.04 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Halliburton com. | A | Dividend | K | T | | | | | |
| 2. Halliburton com. | A | Dividend | K | T | | | | | |
| 3. BP PLC, ADR | C | Dividend | L | T | | | | | |
| 4. Exxon Mobil com. | C | Dividend | N | T | | | | | |
| 5. Anadarko Petroleum Corp. com. | A | Dividend | K | T | | | | | |
| 6. Wal-Mart Stores com. | A | Dividend | J | T | Part Sell | 04/09 | K | | |
| 7. | | | | | Part Sell | 06/01 | J | | |
| 8. Exxon-Mobil com. | A | Dividend | L | T | | | | | |
| 9. Intel Corp. com. | A | Dividend | | | Sell | 04/03 | J | | |
| 10. Johnson & Johnson, com. | B | Dividend | L | T | | | | | |
| 11. Conoco Phillips, com. | B | Dividend | L | T | | | | | |
| 12. Texas Capital Bankshares, com. | | None | M | T | | | | | |
| 13. CNL Hotels & Resorts (f/k/a CNL Hospitality Properties REIT) | C | Dividend | | | Sell | 04/20 | K | | |
| 14. HealthCare Prop. Investors, com. | A | Dividend | J | T | | | | | |
| 15. CNL Income Properties Inc., units | A | Dividend | K | V | Buy | 06/29 | J | | See note in Part VIII |
| 16. Hines REIT, units | A | Dividend | K | V | Buy | 06/29 | J | | See note in Part VIII |
| 17. MUTUAL FUNDS: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 5 of 21

Name of Person Reporting

WERLEIN, JR., EWING

Date of Report

07/08/2008

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Spartan MM Fund | A | Dividend | J | T | | | | | |
| 19. Black Rock Sr. Fl. Rate Fund (fka Merrill L. Sr Fl Rate Fnd) | A | Dividend | J | T | | | | | |
| 20. Fidelity Low Price Stk. | F | Dividend | O | T | | | | | |
| 21. Fidelity Contrafund | E | Dividend | N | T | | | | | |
| 22. Fidelity Eq. Income II | D | Dividend | M | T | | | | | |
| 23. Fidelity Mid-Cap Stock | E | Dividend | N | T | | | | | |
| 24. Vanguard 500 Index Fund | D | Dividend | N | T | | | | | |
| 25. Assetmark Large-Cap Value | C | Dividend | K | T | Part Sell | 01/16 | J | A | |
| 26. | | | | | Add'l Buy | 04/16 | J | | |
| 27. | | | | | Part Sell | 07/17 | J | A | |
| 28. | | | | | Add'l Buy | 10/15 | J | | |
| 29. Assetmark Large-Cap Growth | B | Dividend | K | T | Part Sell | 01/16 | J | A | |
| 30. | | | | | Add'l Buy | 04/16 | J | | |
| 31. | | | | | Part Sell | 07/16 | J | A | |
| 32. | | | | | Part Sell | 10/15 | J | A | |
| 33. Assetmark Small/Mid-Cap Value | A | Dividend | J | T | Part Sell | 01/16 | J | | |
| 34. | | | | | Add'l Buy | 04/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Add'l Buy | 07/16 | J | | |
| 36. | | | | | Add'l Buy | 10/15 | J | | |
| 37. Assetmark Small/Mid-Cap Growth | B | Dividend | J | T | Part Sell | 01/16 | J | A | |
| 38. | | | | | Part Sell | 04/16 | J | A | |
| 39. | | | | | Part Sell | 07/16 | J | A | |
| 40. | | | | | Part Sell | 10/15 | J | A | |
| 41. Assetmark International | D | Dividend | K | T | Part Sell | 01/16 | J | A | |
| 42. | | | | | Part Sell | 04/16 | J | A | |
| 43. | | | | | Part Sell | 07/16 | J | A | |
| 44. | | | | | Part Sell | 10/15 | J | A | |
| 45. Assetmark Real Estate Securities | A | Dividend | J | T | Part Sell | 01/16 | J | A | |
| 46. | | | | | Part Sell | 04/16 | J | B | |
| 47. | | | | | Add'l Buy | 07/16 | J | | |
| 48. | | | | | Part Sell | 10/15 | J | A | |
| 49. Assetmark Tax-Exempt | B | Dividend | L | T | Add'l Buy | 01/16 | J | | |
| 50. | | | | | Add'l Buy | 04/16 | J | | |
| 51. | | | | | Add'l Buyl | 07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Part Sell | 10/15 | J | | |
| 53. American Century Tax-Free Bond | A | Dividend | J | T | Part Sell | 06/28 | K | | |
| 54. Loomis Sayles Bond Fund Retail | A | Dividend | J | T | Part Sell | 06/28 | J | A | |
| 55. TCW Galileo Select Equities | C | Dividend | K | T | Add'l Buy | 06/28 | J | | |
| 56. Thornburg Internat'l Value | C | Dividend | K | T | Add'l Buy | 06/28 | J | | |
| 57. Federated Mun. Trust MM | A | Dividend | J | T | | | | | |
| 58. Credit Suisse Commod. Return | A | Dividend | J | T | Add'l Buy | 06/28 | J | | |
| 59. Oakmark Fund | C | Dividend | K | T | Add'l Buy | 06/28 | J | | |
| 60. Federated Mun. Tr. MM | A | Dividend | J | T | | | | | |
| 61. Clipper Fund | C | Dividend | K | T | Part Sell | 06/28 | J | A | |
| 62. Pimco Developing Local Mkts Fund | B | Dividend | J | T | Part Sell | 05/28 | J | A | |
| 63. Federated Max Cap Index Fund | C | Dividend | K | T | Add'l Buy | 06/28 | J | | |
| 64. BONDS and U.S. TREASURY NOTES: | | | | | | | | | |
| 65. Dallas, TX Ind. Sch. bonds | B | Interest | K | T | | | | | |
| 66. Frisco, TX AMBAC bonds | B | Interest | K | T | | | | | |
| 67. ACCOUNTS IN FINANCIAL INST: | | | | | | | | | |
| 68. Merrill Lynch Cash/Money Acct | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Northern Trust Bank, Houston, checking acct | A | Interest | L | T | | | | | |
| 70. Bank of America, Houston, TX (Accounts) | A | Interest | L | T | | | | | |
| 71. Nat'l City Bank, Cincinnati, CD | D | Interest | | | Redeem | 02/05 | L | | |
| 72. Trustmark Natl Bank, Houston, CD (f/k/a Republic Bank) | C | Interest | | | Redeem | 07/15 | L | | |
| 73. Amegy Bank, Houston, CD | C | Interest | | | Redeem | 07/29 | L | | |
| 74. Encore Bank, Houston, CD | C | Interest | L | T | | | | | |
| 75. Compass Bank, Houston, CD | C | Interest | | | Redeem | 11/05 | L | | |
| 76. Capital One Bank, Glen Allen, VA, CD | C | Interest | L | T | | | | | |
| 77. Intervest Bank, Clearwater, FL, CD | C | Interest | L | T | | | | | |
| 78. Key Bank USA CD | C | Interest | L | T | | | | | |
| 79. Corus Bank, Houston CD | B | Interest | L | T | Buy | 08/14 | L | | |
| 80. North Houston Bank CD | | None | L | T | Buy | 11/15 | L | | |
| 81. Comerica Bank, Houston (accts) | B | Interest | L | T | Open | 01/19 | K | | |
| 82. REAL ESTATE: | | | | | | | | | |
| 83. Condo-Larimer Co., CO | E | Rent | N | W | | | | | |
| 84. Fractional interest in land, SA White Survey, Galv. Co., TX | | None | J | W | | | | | |
| 85. Working Interest-Cabot U., Andrews Co., TX | D | Royalty | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Royalty Interest, Ector Co., TX (X) | A | Royalty | J | W | | | | | |
| 87. Royalty Interest, Wheeler Co., TX (X) | A | Royalty | J | W | | | | | |
| 88. Royalty Interest, Martin Co., TX (X) | A | Royalty | J | W | | | | | |
| 89. RETIREMENT & IRA ACCOUNTS: | | | | | | | | | |
| 90. IRA Acct: Marsico Inv. Fund | D | Dividend | L | T | | | | | |
| 91. IRA Acct: John Hancock Ind. Ret.Annuity | | None | L | V | | | | | See Note-Part VIII |
| 92. IRA ROLLOVER ACCOUNT: All entries that follow from Lines 95 | E | Dividend | P1 | T | | | | | |
| 93. through 143 are under the discretionary management of | | Interest | | | | | | | |
| 94. a registered investment manager. | | | | | | | | | |
| 95. --Pfizer Inc., com. | | | | | | | | | |
| 96. --Altria Group, com. | | | | | | | | | |
| 97. --Schwab MM Funds | | | | | | | | | |
| 98. --Americredit Corp., com. | | | | | | | | | |
| 99. --Comcast Corp. New Cl. A | | | | | | | | | |
| 100. --Consol. Energy, com. | | | | | Part Sell | 11/21 | K | E | |
| 101. --Wachovia Corp., com. f/k/a Golden West Finance | | | | | Sell | 12/03 | L | | |
| 102. --Leucadia Natl Corp., com. | | | | | Part Sell | 08/09 | K | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Liberty Media Hldg CPA, com. (f/k/a Liberty Med. Hldg Int) | | | | | | | | | |
| 104. --Liberty Media Holding Corp. Series A, com. | | | | | | | | | |
| 105. --Mercury Genl Corp., com. | | | | | | | | | |
| 106. --NVR Inc., com. | | | | | | | | | |
| 107. --Capital One Fin. Corp., com. | | | | | Part Sell | 08/09 | K | | |
| 108. --Key Energy Serv., com. | | | | | | | | | |
| 109. --RLI Corp., com. | | | | | | | | | |
| 110. --HomeBanc Corp., com. | | | | | Sell | 08/07 | J | | |
| 111. --Amern Finl Realty Trust Reit. | | | | | Sell | 01/12 | K | | |
| 112. --Amern Home Mortg. Invt. | | | | | Sell | 07/20 | J | | |
| 113. --Ashford Hospitality TR Reit | | | | | | | | | |
| 114. --Friedman Billings GP New Reit Cl. A | | | | | Sell | 12/03 | J | | |
| 115. --Highland Hospitality Cp Reit | | | | | Sell | 01/04 | K | D | |
| 116. --Berkshire Hathaway CL B | | | | | Add'l Buy | 08/20 | K | | |
| 117. --Petrohawk Energy Corp., com. | | | | | | | | | |
| 118. --Cintas Corp., com. | | | | | | | | | |
| 119. --Timberland Co., Cl A | | | | | Part Sell | 08/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sell | 11/21 | K | | |
| 121. --Amer. Eagle Outfitters New, com. | | | | | Part Sell | 01/03 | K | D | |
| 122. | | | | | Add'l Buy | 08/09 | K | | |
| 123. --Accredited Home Lenders, com. | | | | | Add'l Buy | 02/23 | K | | |
| 124. | | | | | Sell | 03/13 | K | | |
| 125. --Alesco Financial, com. | | | | | | | | | |
| 126. --Fieldstone Invest Cp., com. | | | | | Sell | 07/18 | J | | |
| 127. --Gannett Co., com. | | | | | | | | | |
| 128. --Home Depot, com. | | | | | | | | | |
| 129. --Lee Enterprises, com. | | | | | | | | | |
| 130. --Microsoft Corp., com. | | | | | | | | | |
| 131. --Tyco Int'l Ltd., com. | | | | | Pt. Spinoff | 06/29 | K | | Covidien |
| 132. | | | | | Pt. Spinoff | 06/29 | K | | Tyco Electronics |
| 133. --Castlepoint Holdings F., com. | | | | | Buy | 03/23 | L | | |
| 134. --Coleman Cable Inc., com. | | | | | Buy | 11/19 | K | | |
| 135. --Covidien Ltd. F., com. | | | | | Spinoff | 06/29 | K | | spinoff from Tyco Interntl |
| 136. --Freddie Mac Voting SHS, com. | | | | | Bought | 12/04 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Johnson & Johnson, com. | | | | | Bought | 07/31 | K | | |
| 138. --Kraft Foods Inc., com. | | | | | Spinoff | 03/30 | K | | spinoff from Altria |
| 139. --Meruelo Maddux PPTYS Inc., com. | | | | | Bought | 11/20 | K | | |
| 140. --Sherwin Williams Co., com. | | | | | Bought | 11/26 | K | | |
| 141. --Tyco Electronics Ltd., com. | | | | | Spinoff | 06/29 | K | | Spinoff from Tyco Intrntl |
| 142. --RAIT Financial Trust | | | | | Bought | 01/18 | L | | |
| 143. | | | | | Add'l Buy | 08/14 | K | | |
| 144. TRUST NO. 1: (I own no present beneficial interest in and | F | Dividend | P1 | T | | | | | |
| 145. receive no income from this Trust or the entries that follow | | Interest | | | | | | | |
| 146. from lines 149 thru 190, but it is reportable because | | | | | | | | | |
| 147. I am one of three co-trustees) | | | | | | | | | |
| 148. --COMMON STOCKS IN TRUST NO. 1: | | | | | | | | | |
| 149. --AT&T, com. | | | | | | | | | |
| 150. --Bristol-Myers Squibb, com. | | | | | | | | | |
| 151. --Burlington Northern Santa Fe, com. | | | | | | | | | |
| 152. --Conoco Phillips, com. | | | | | | | | | |
| 153. --Target Corp., com. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 13 of 21

Name of Person Reporting

WERLEIN, JR., EWING

Date of Report

07/08/2008

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Dean Foods Co, com. | | | | | | | | | |
| 155. --Goodyear, com. | | | | | | | | | |
| 156. --Intel Corp., com. | | | | | | | | | |
| 157. --IBM, com. | | | | | | | | | |
| 158. --Johnson & Johnson, com. | | | | | | | | | |
| 159. --J.P. Morgan Chase, com. | | | | | | | | | |
| 160. --Halliburton Co., com. | | | | | | | | | |
| 161. --Exxon Mobil, com. | | | | | | | | | |
| 162. --Avaya Inc., com. | | | | | Sell | 10/26 | J | B | |
| 163. --Cisco Systems, com. | | | | | | | | | |
| 164. --Pepsico, Inc., com. | | | | | | | | | |
| 165. --Zimmer Holdings, Inc., com. | | | | | | | | | |
| 166. --Hewlett Packard, com. | | | | | | | | | |
| 167. --Comcast Corp. Class A | | | | | | | | | |
| 168. --LSI Corp., com. (f/k/a Agere Systems Inc.) | | | | | | | | | |
| 169. --Treehouse Foods, com. | | | | | | | | | |
| 170. --MUTUAL FUNDS-TAX EXEMPT, IN TRUST NO. 1: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  --Nuveen Muni Mkt Oppor. Fund | | | | | | | | | |
| 172.  --MORTGAGE & ASSET BACKED SECURITIES IN TRUST NO. 1: | | | | | | | | | |
| 173.  --Ginnie Mae Series 2002-70 | | | | | | | | | |
| 174.  --MUNICIPAL BONDS IN TRUST NO. 1: | | | | | | | | | |
| 175.  --Halifax Hosp. Med. Ctr. Fla. | | | | | | | | | |
| 176.  --Lower Colo. Riv. Auth. Tex. | | | | | | | | | |
| 177.  --Montgomery Co. Pa. Hghr. Ed. | | | | | | | | | |
| 178.  --Illinois Dev. Fin. Auth. | | | | | | | | | |
| 179.  --Texas St. Dept. HSG & CMTY Affairs | | | | | | | | | |
| 180.  --Florida HSG FIN Corp. Rev. | | | | | | | | | |
| 181.  --Meriden Conn. G10 Bonds | | | | | | | | | |
| 182.  --Mission TX Cons. Indpt. Sch. Dist. | | | | | | | | | |
| 183.  --Austin ISD Tex. U/T Ref. Ser. A | | | | | | | | | |
| 184.  --New Jersey St. Transn. TR FD Auth. Sys., Ser A | | | | | Buy | 10/01 | K | | |
| 185.  --CASH & CASH EQUIVALENTS IN TRUST NO. 1: | | | | | | | | | |
| 186.  --Citibank NA Bank Dep. Program | | | | | Closed | 10/02 | N | | |
| 187.  --Western Asset Muni. MM Fund Cl. A. | | | | | Opened | 10/03 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --REAL ESTATE IN TRUST NO. 1: | | | | | | | | | |
| 189. --Fract. interest in land, S.A. White Survey, Galv. Co., TX | | | | | | | | | |
| 190. --Vacant land in Kerr Co., TX | | | | | | | | | |
| 191. IRA ROLLOVER ACCT. NO. 2. All entries that follow from | G | Dividend | P1 | T | | | | | |
| 192. lines 196 thru 265 are under the full discretionary | | Interest | | | | | | | |
| 193. management of a registered investment manager. | | | | | | | | | |
| 194. FEDERAL AGENCY BONDS, NOTES, AND MORTGAGES | | | | | | | | | |
| 195. in IRA ROLLOVER ACCT #2: | | | | | | | | | |
| 196. --Fed. Home Ln Mtg Corp Notes due 10/08 | | | | | | | | | |
| 197. --Federal Home Ln Mtg Corp Notes due 03/09 | | | | | | | | | |
| 198. --Federal Natl Mtg Assoc Sub Notes due 02/11 | | | | | | | | | |
| 199. --Fed Nat'l Mtg Assoc. Callable Notes due 01/10 | | | | | | | | | |
| 200. --Fed Home Loan Bank Bonds, due '07 | | | | | Redeemed | 01/12 | M | | |
| 201. --Fed. Nat'l Mtg Ass'n, callable Notes, due 01/08 | | | | | | | | | |
| 202. --Fed. Home Loan Mtg callable Notes, due 10/11 | | | | | | | | | |
| 203. --Fed.Home Loan Mtg. Discount Note, due '07 | | | | | Redeemed | 02/16 | M | | |
| 204. --Fed. Nat'l Mtg Assn. Callable Notes due 01/10 | | | | | Buy | 01/12 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. --Fed. Home Loan Bank, due 12/07 | | | | | Buy | 02/15 | N | | |
| 206. | | | | | Redeem | 12/03 | N | | |
| 207. CORPORATE BONDS/NOTES IN IRA ROLLOVER ACCT #2: | | | | | | | | | |
| 208. --Chase Manhattan Corp. Subordinate Notes | | | | | | | | | |
| 209. --Goldman Sachs Group SR Unsub Notes Global | | | | | | | | | |
| 210. --Citigroup Inc. Senior Notes | | | | | | | | | |
| 211. --Target Corp. Notes | | | | | | | | | |
| 212. --General Electric Cap. Corp. Notes | | | | | Redeemed | 02/15 | L | | |
| 213. EQUITIES IN IRA ROLLOVER ACCT #2: | | | | | | | | | |
| 214. --American Express, com. | | | | | | | | | |
| 215. --BP PLC, ADR | | | | | | | | | |
| 216. --Citigroup, com. | | | | | | | | | |
| 217. --ChevronTexaco, com. | | | | | | | | | |
| 218. --KO, com. | | | | | | | | | |
| 219. --Exxon Mobil, com. | | | | | | | | | |
| 220. --GE, com. | | | | | | | | | |
| 221. --INTC, com. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. --J.P. Morgan Chase, com. | | | | | | | | | |
| 223. --JNJ, com. | | | | | | | | | |
| 224. --LLY, com. | | | | | | | | | |
| 225. --Merck, com. | | | | | | | | | |
| 226. --PEP, com. | | | | | | | | | |
| 227. --Pfizer, com. | | | | | | | | | |
| 228. --UPS, com. | | | | | Sell | 09/17 | K | D | |
| 229. --WMT, com. | | | | | Part Sell | 05/08 | J | | |
| 230. --Walgreen, com. | | | | | | | | | |
| 231. --American Intl. Group, com. | | | | | | | | | |
| 232. --McGraw-Hill, Inc., com. | | | | | | | | | |
| 233. --Microsoft Corp., com. | | | | | | | | | |
| 234. --Altria Group, com. | | | | | | | | | |
| 235. --Bank of America, com. | | | | | | | | | |
| 236. --Ameriprise Finl Inc., com. | | | | | | | | | |
| 237. --Automatic Data Proc., com. | | | | | | | | | |
| 238. --Emerson Elec. Co., com. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. --HSBC Hldg PLC, com. | | | | | | | | | |
| 240. --Occidental Pete Corp. Cal., com. | | | | | | | | | |
| 241. --Capital One Financial Co., com. | | | | | Sell | 09/12 | J | | |
| 242. --Caterpillar, Inc., com. | | | | | Add'l Buy | 09/12 | J | | |
| 243. --Halliburton Co., com. | | | | | | | | | |
| 244. --Hilton Hotels Corp., com. | | | | | Sell | 09/12 | K | D | |
| 245. --Home Depot, Inc., com. | | | | | | | | | |
| 246. --Merrill Lynch & Co. Inc., com. | | | | | | | | | |
| 247. --Praxair Inc., com. | | | | | | | | | |
| 248. --Proctor & Gamble., com. | | | | | | | | | |
| 249. --Target Corp., com. | | | | | | | | | |
| 250. --Transocean, com. | | | | | | | | | |
| 251. --United Technologies Corp., com. | | | | | | | | | |
| 252. --United Health Group, com. | | | | | | | | | |
| 253. --Cisco Systems Inc., com. | | | | | Buy | 09/12 | K | | |
| 254. --Medtronic Inc., com. | | | | | Buy | 09/13 | J | | |
| 255. --Microchip Tech., Inc., com. | | | | | Buy | 05/08 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/08/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. --Patriot Coal Corp., com. | | | | | Spinoff | 11/01 | J | | Spun off by Peabody Energy |
| 257. --Peabody Energy Corp., com. | | | | | Buy | 09/12 | J | | |
| 258. --Texas Instruments, com. | | | | | Buy | 05/08 | J | | |
| 259. --ThermoFisher Scient., Inc., com. | | | | | Buy | 09/12 | J | | |
| 260. --Kraft Foods Inc., com. | | | | | Spinoff | 04/02 | L | | Spinoff from Altria |
| 261. --Broadridge Finl. Solutions Inc., com. | | | | | Spinoff | 04/05 | J | | Spinoff from Auto. Data |
| 262. | | | | | Sell | 09/12 | J | | |
| 263. CASH ACCOUNTS IN IRA ROLLOVER ACCT #2: | | | | | | | | | |
| 264. --ML Bank USA RASP | | | | | | | | | |
| 265. --ML Bank B&T FSB RASP | | | | | Open | 02/21 | L | | |
| 266. Vanguard Prime MM IRA Rollover | D | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/08/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(1) Part I POSITIONS, line 4, also the following subsidiaries: Methodist Security Services, Inc.; The Methodist Hospital Foundation; The Methodist Hospital Research Institute; and TMH Health Care Group.

(2) Part I POSITIONS, line 5, also the following subsidiaries: Methodist Willowbrook Medical Office Bldgs Condominium Association; Methodist Willowbrook Medical Office Bldgs II Condominium Association; San Jacinto Methodist-Alexander Condominium Association; San Jacinto Methodist Hospital; SJMH Condominium Association; The Methodist Hospital Condominium Association; and TMH Medical Office Buildings.

(3) Part VII, page 4, lines 15 and 16: The year-end values of CNL Income Properties Inc., and Hines REIT, which are real estate REITS that are not publicly traded, are derived from the issuers' estimates of value at year end.

(4) Part VII, page 9, line 91: The year-end value of IRA account in John Hancock Ind. Retirement Annuity, which is not publicly traded, was provided by John Hancock Life Ins. Co.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544